UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SAMUEL LIVINGSTON,

      Defendant.

Case No. 2:19-cr-20321-03
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

On 05/26/2026, defendant filed a motion requesting early termination of supervised release. The Court has considered the defendant's request, and being fully advised in the premises,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The remaining term of supervised release is continued/terminated.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 7, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 7, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126